**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Charles M. Caldwell*
Charles M. Caldwell
United States Bankruptcy Judge

**Dated: March 20, 2015**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:    RUSSELL WILLIAM STEVENS        :        Case No. 13-57444

:        Chapter 13

:        Judge CHARLES M. CALDWELL

**ORDER OF DISMISSAL PURSUANT TO THE AFFIDAVIT OF DEFAULT (Doc. 75)**

Pursuant to the affidavit of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditor and Parties in Interest.**

###